IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIMOTHY LATONA,
        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS
OF SIERRA COUNTY, et al.,
        Defendants.

No. 12-cv-370 MV/LAM
Consolidated into
11-cv-1001 WPL/CG

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER comes before the Court on attorney Stephen Kortemeier's *Motion for Withdrawal as Counsel for Plaintiff*, [Doc. 18]. The Court, noting that the motion complies with D.N.M.LR-Civ. 83.8, and otherwise being fully advised in the premises, FINDS the motion to be well-taken.

IT IS THEREFORE ORDERED that attorney Stephen Kortemeier's *Motion for Withdrawal as Counsel for Plaintiff*, [Doc. 18], be GRANTED.

IT IS FURTHER ORDERED Plaintiff Timothy Latona shall appear *Pro Se* until substitute counsel enters an appearance. Pleadings and correspondence shall be directed to Plaintiff at:

        Timothy Latona
        C/o P.O. Box 46, Elephant Butte, NM 87935
        575-740-3046

HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE